Mark Ogden; AZ Bar No. 017018
mogden@litler.com
Peter C. Prynkiewicz; AZ Bar No. 015256
pprynkiewicz@littler.com
LITTLER MENDELSON, P.C.
2425 East Camelback Road, Suite 900
Phoenix, AZ 85016
Telephone: 602.474.3600
Facsimile: 602.926.8949

Attorneys for Defendant
DISH NETWORK, LLC

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Melin Flores, an individual, | Case No.:  2:19-cv-05293-PHX-ROS |
| Flores, | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN FIRM** |
| vs. | |
| Dish Network, LLC, a foreign corporation, and John and Jane Doe, individuals, | |
| Defendants. | |

**TO THE COURT AND PLAINTIFF AND HER ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that counsel Misty Leslie left the firm of Littler Mendelson, P.C., to accept a position in the legal department of Carvana, LLC., while the parties' summary judgment motions were pending before the Court. Ms. Leslie is hereby withdrawn as attorney of record for Defendant. Please remove Misty Leslie from any mailing or service list for this matter. Peter C. Prynkiewicz hereby gives notice of his substitution as counsel for Defendant, in the place of Ms. Leslie. Mark Ogden, of Littler Mendelson, P.C., remains as counsel for Defendant.

/ / /

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

4810-3757-5649.1 / 049145-1072

RESPECTFULLY SUBMITTED this 21st day of June, 2021.

/s/Peter C. Prynkiewicz
Mark Ogden
Peter C. Prynkiewicz
LITTLER MENDELSON, P.C.
*Attorneys for Defendant*

I hereby certify that I electronically transmitted the attached document to the clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 21st day of June, 2021.

Troy P. Foster
THE FOSTER GROUP, PLLC
902 West McDowell Rd.
Phoenix, AZ 85007
tfoster@thefosterlaw.com
*Attorney for Flores*

*s/ Stephany Mitchell*

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-2-

4810-3757-5649.1 / 049145-1072