Troy Foster (#017229)
Megan Weides (#033552)
**The Foster Group**
902 W. McDowell Road
Phoenix, Arizona 85007
Telephone: (602) 461-7990
tfoster@thefosterlaw.com
mweides@thefosterlaw.com
*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melin Flores, an individual, | Case No.: 2:19-cv-05293-ROS |
| Plaintiff, | **PLAINTIFF'S RESPONSE TO DEFENSE COUNSEL'S GOOD FAITH BASIS BRIEF FOR THE FACTUAL STATEMENTS AND ARGUMENTS IN ITS SUMMARY JUDGMENT FILINGS** |
| vs. | |
| Dish Network, LLC, a foreign corporation, and John and Jane Doe, individuals | |
| Defendants. | |

Pursuant to the Court's Orders dated June 16, 2021 and June 29, 2021 [D.E. 58, 61], Plaintiff files her response to Defense Counsel's Brief regarding its Good Faith Basis for the Factual Statements and Arguments in its Summary Judgment Filings [D.E. 64].

Plaintiff agrees with the Court's Order and its application of the law to these facts. Plaintiff also agrees with the Court's suggestion that Defendants' summary judgment pleadings contained statements that (1) were not supported by the evidence and contrary to evidence in the record; (2) were contrary to controlling case law; and (3) failed to fully cite critical controlling regulations.

All of that said, the undersigned has had a lengthy, amicable, and professional working relationship with Defendants' counsel in this matter and the Firm's other lawyers. With that backdrop, and having actively participated in this matter, we do not believe Defendants' counsel intended to or misled us.  We further do not believe that Defendants

intended to mislead the Court. If that had been the case, Plaintiff's counsel would have likely affirmatively sought sanctions.[1]

### Sanctions

Plaintiff agrees with the Court's Order [D.E. 58] and with the inherent ability and power to sanction under 28 U.S.C. § 1927 and Rule 11. As is clear from the underlying motions, Plaintiff's counsel disagrees with Defendants' interpretation and representation of the facts and the applicable law. However, though not the undersigned's decision to make, we do not believe that Defendants' conduct meets the standards set out by § 1927 or Rule 11. Plaintiff will request a fee award for this briefing and prevailing on her claims as a matter of course through this litigation.

**DATED** this 6th day of August, 2021.

**The Foster Group, PLLC**


*/s/ Troy Foster*
Troy P. Foster
Megan N. Weides
902 W. McDowell Road
Phoenix, Arizona 85007
*Counsel for Plaintiff*


### CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2021, I electronically served this document and its respective attachments to counsel of record as follows:
Mark Ogden
Peter C. Prynkiewicz
**Littler Mendelson, P.C.**
mogden@littler.com
pprynkiewicz@littler.com
*Attorneys for Defendants*

*/s/ Christina Garcia*

---

[1] In addition to having the historical professional relationship, the undersigned's interactions with opposing counsel after this Order was entered reaffirms this belief.